**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARL E. PANNELL, JR.,<br><br>　　　　　Plaintiff,<br>v.<br><br>PROTECTION STRATEGIES, INC.,<br><br>　　　　　Defendant. | Civ. Action No. 21-602 (EGS) |

**ORDER**

On April 19, 2023, the Court referred this case to Magistrate Judge Faruqui for full case management up to and excluding trial, including, with respect to any dispositive motions, the preparation of a report and recommendation pursuant to Local Civil Rule 72.3. *See* Minute Order (Apr. 19, 2023). On March 6, 2024, Magistrate Judge Faruqui issued a Report and Recommendation recommending that Defendant Protection Services, Inc.'s Motion for Summary Judgment, ECF No. 20, be granted. *See* R. &. R., ECF No. 30. The Court has carefully reviewed the Report and Recommendation and, having received no objections to the Report and Recommendation pursuant to Local Civil Rule 72.3(b), accepts the findings and adopts the recommendations of Magistrate Judge Faruqui contained in the Report and Recommendation. Accordingly, it is hereby

**ORDERED** that Defendant Protection Services, Inc.'s Motion

for Summary Judgment, ECF No. 20, is **GRANTED.**

**SO ORDERED.**

**Signed:**      **Emmet G. Sullivan**
           **United States District Judge**
           **March 21, 2024**