UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL E. PANNELL, JR.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>PROTECTION STRATEGIES, INC.,<br><br>　　　　　　Defendant. | Civ. Action No. 21-602 (EGS) |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the Order docketed on March 21, 2024, it is hereby

**ORDERED** that the Clerk of Court shall enter final judgment in favor of Defendant and against Plaintiff. The Clerk of Court is directed to close this case.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:　Emmet G. Sullivan
　　　　　United States District Judge
　　　　　March 28, 2024**

1