AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

MAR 2 9 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CARL E. PANNELL, JR.,
*Plaintiff*
v.
PROTECTION STRATEGIES, INC.,
*Defendant*

)
)
)
)
)

Civil Action No. 21-602 (EGS)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:  ORDERED that Defendant Protection Services, Inc's Motion for Summary Judgment is GRANTED

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  EMMET G. SULLIVAN _____ on a motion for

Summary Judgment

Date:  ____03/29/2024____

*ANGELA D. CAESAR, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*